Jason Halper
Ryan J. Cooper
**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, New Jersey 07068
*Attorneys for Defendant*
*Houlihan's Restaurants, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TED PAULY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOULIHAN'S RESTAURANTS, INC.,<br><br>Defendant. | Civil Action No. 1:12-cv-25-JBS-JS<br><br>**PROPOSED ORDER GRANTING DEFENDANT'S MOTION TO DISMISS THE AMENDED COMPLAINT** |

**THIS MATTER** having been brought before the Court by Defendant Houlihan's Restaurants, Inc., ("Houlihan's"), on a motion to dismiss Plaintiff's amended complaint under Federal Rule of Civil Procedure 12(b)(6); and the Court having considered the parties' papers in support and opposition thereto:

IT IS on this ____ day of _____ 2012, hereby:

**ORDERED** that Houlihan's motion to dismiss the amended complaint is **GRANTED**. Accordingly, Plaintiff's claims against Houlihan's for unjust enrichment and breach of contract are **DISMISSED** with prejudice.

_____
Hon. Jerome B. Simandle, C.U.S.D.J.