Jason Halper
Ryan J. Cooper
**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, New Jersey 07068
973.597-2500
*Attorneys for Defendant*
*Houlihan's Restaurants, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TED PAULY, on behalf of himself and all others similarly situated, | DOCUMENT ELECTRONICALLY FILED |
| Plaintiff, | Civil Action No. 1:12-cv-25-JBS-JS |
| v. | |
| HOULIHAN'S RESTAURANTS, INC., | CERTIFICATION OF SERVICE |
| Defendant. | |

I, **Jason Halper,** of full age, do hereby certify that on April 9, 2012, I caused a true and correct copy of Houlihan's Restaurants Inc.'s Notice of Motion; Brief; Declaration of Cynthia Parres; proposed Order; and this Certificate of Service to be filed and served via the Court's CM/ECF system on the following:

> Sander D. Friedman, Esq.
> Law Office of Sander D. Friedman
> 125 North Route 73
> West Berlin, NJ 08091
> sdf@sanderfriedmanlaw.com

-2-

        Wesley Glenn Hanna, Esq.
        Law Office of Sander D. Friedman
        125 North Route 73
        West Berlin, NJ 08091
        wgh@sanderfriedmanlaw.com

        *Attorneys for Plaintiff Ted Pauly*

Dated: April 9, 2012

                                                               s/ Jason Halper